**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Manuel Coty,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CIV 05-3449-PHX-ROS (DKD)<br><br>**ORDER** |

　　　It appearing to the Court that Defendant's Motion to Dismiss (Doc. #8), filed March 2, 2006, is now ready for the Court's consideration,

　　　**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #8). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

　　　DATED this 28th day of April, 2006.

_____
Roslyn O. Silver
United States District Judge